UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:23-04156 JFW (ADS)                              Date:  September 28, 2023

Title:  *Sinegal v. Randle*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):           Attorney(s) Present for Defendant(s):
               None Present                                            None Present

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On May 26, 2023, Plaintiff Eltwan Regis Sinegal, a California state prisoner, filed a Civil Rights Complaint ("Complaint) under 42 U.S.C. § 1983.  (Dkt. No. 1.)  On August 16, 2023, the Court dismissed the Complaint and granted Plaintiff leave to amend, among other options, by no later than September 7, 2023.  (Dkt. No. 12.)  As of the date of this order, the Court has not received Plaintiff's election or any response to the Order Dismissing Complaint with Leave to Amend from Plaintiff.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**.  Plaintiff must file a written response by no later than **October 19, 2023**.  Plaintiff may respond to this Order to Show Cause by choosing from one of the three options the Court presented in its August 16, 2023 order.

Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:23-04156 JFW (ADS)                                    Date:  September 28, 2023

Title:  *Sinegal v. Randle*

dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Initials of Clerk kh